①

Dear: Honorable Judge gallagher,
I want to apoligize for my decision
making. i made these choices.
i take full responsability for my actions
as a drug addict who has used my time
at mciw jessup to help recover,
I realized that my selfish actions
have caused alot of hurt espacillay
to my childrent i want to sinceariy
apoligize to my kids and famiy for
the hurt and harm my descaions caused.
I wanted to fufill my drug desires
more than protecting my childrent
this is something ill forever live with
i put drugs befor my childrent.
I failed to fufill the role god placed
me on earth to eary out as a mom
i was hurting and my hurt caused
harm to my childrent iny life
choices caused trauma to my
childrent. while i often have felt
a sense of neglect and wanting to be
accepted by others, i never wanted my
childrent to experience or feel the level
of hurt that i have caused,

②

I feel disgusted with myself all the time i pray daily that god helps me through changing to become a better me. I'm praying everyday that my kids would eventullay forgive me in the future. Suffering from severe night sweats, night mares and insecurites has made me realize that i have Put money, my addiction and the needs of myself before the needs of my childrent who didnt deserve this. I do realize that my decisions have caused a lifetime of hurt and humiilation. I Know i need to keep working on myself while hoping for the help to grow and embrace a new beginnrg thank you for your time reading this letter.

Sinceany~ Ashley Graybeal